# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CRIMINAL DOCKET FOR CASE #: 2:26−mj−11196−AME−1

Case title: USA v. COLOMBARI

Date Filed: 11/09/2026

Other court case number: 1:26−MJ−440 EASTERN DISTRICT OF VIGINIA

---

Assigned to: Magistrate Judge Andre M. Espinosa

**Defendant (1)**

**ALEXANDRE ANTOINE RENE COLOMBARI**

represented by **BENJAMIN JON WEST**
THE OFFICE OF THE FEDERAL DEFENDER FOR THE DISTRICT OF NJ
22 SOUTH CLINTON AVENUE
STATION PLAZA 4, 4TH FLOOR
TRENTON, NJ 08609
(609) 989−2160 x208
Email: benjamin_west@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 49:46306 − Operating Without a Certificate, 49:46307 − Violating National Defense Airspace | |

---

**Plaintiff**

**USA** represented by **HARRY PATTRIDGE MORGENTHAU**
DOJ−USAO
DNJ
970 BROAD STREET
NEWARK, NJ 07102
973−645−2884
Email: harry.morgenthau@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/2026 | 1 | Rule 5 Documents Received as to ALEXANDRE ANTOINE RENE COLOMBARI. (jd, ) (Additional attachment(s) added on 11/9/2026: # 1 Affidavit, # 2 EDVA Arrest Warrant, # 3 Order to Seal, # 4 Exhibit USM 78 form, # 5 Exhibit USM 312 form, # 6 Exhibit Violation notice) (jd, ). (Entered: 11/09/2026) |
| 11/09/2026 | | Arrest (Rule 5) of ALEXANDRE ANTOINE RENE COLOMBARI. (jd, ) (Entered: 11/09/2026) |
| 11/09/2026 | 2 | Minute Entry for proceedings held before Magistrate Judge Andre M. Espinosa: French Interpreter Eric Heuberger appointed in case as to ALEXANDRE ANTOINE RENE COLOMBARI, Initial Appearance in Rule 5 Proceedings as to ALEXANDRE ANTOINE RENE COLOMBARI held on 11/9/2026. Financial affidavit executed and appearance entered by AFPD, BENJAMIN J. WEST on behalf of defendant. Defendant advised of rights, charges and penalties, Brady Order read on record. Defendant released on his own recognizance, and required to surrender all French travel documents, and shall not apply for new passport, and is Required to travel directly to Alexandria, VA. to the Eastern District of VA − PTS by 9:30 a.m. on November 10, 2026. Defendant is required to appear to the EDVA everyday at 9:30 a.m., until the Court is able to accommodate a hearing. (Court Reporter/Recorder ECR.) (jd, ) (Entered: 11/09/2026) |
| 11/09/2026 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to ALEXANDRE ANTOINE RENE COLOMBARI. BENJAMIN JON WEST for ALEXANDRE ANTOINE RENE COLOMBARI appointed.. Signed by Magistrate Judge Andre M. Espinosa on 11/9/2026. (jd, ) (Entered: 11/09/2026) |
| 11/09/2026 | 5 | ORDER advising of the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*. Signed by Magistrate Judge Andre M. Espinosa on 11/9/2026. (jd, ) (Entered: 11/09/2026) |
| 11/09/2026 | 6 | Appearance Bond Entered − Defendant released on his own recognizance as to ALEXANDRE ANTOINE RENE COLOMBARI. (jd, ) (Entered: 11/09/2026) |
| 11/09/2026 | 7 | ORDER Setting Conditions of Release (Finance notified). Signed by Magistrate Judge Andre M. Espinosa on 11/9/2026. (jd, ) (Entered: 11/09/2026) |
| 11/09/2026 | 8 | WAIVER of Rule 5 Hearing by ALEXANDRE ANTOINE RENE COLOMBARI. Defendant opted for a preliminary hearing and/or detention hearing be held in the prosecuting district, at a time set by that Court. (jd, ) Modified on 11/9/2026 (jd, ). |

| | | |
|---|---|---|
| | | (Entered: 11/09/2026) |

**Sealed documents are no longer available in CM/ECF or via PACER.**

**Please contact the court directly to request access to the document.**

**Reference for court use only**

https://storage.gtwy.dcn:8443/v1/file/njd.8104217942.42352026.480231.json

**Sealed documents are no longer available in CM/ECF or via PACER.**

**Please contact the court directly to request access to the document.**

**Reference for court use only**

https://storage.gtwy.dcn:8443/v1/file/njd.8104317942.83332827.159670.json

**Sealed documents are no longer available in CM/ECF or via PACER.**

**Please contact the court directly to request access to the document.**

**Reference for court use only**

https://storage.gtwy.dcn:8443/v1/file/njd.8104317942.25327478.703582.json

**Sealed documents are no longer available in CM/ECF or via PACER.**

**Please contact the court directly to request access to the document.**

## Reference for court use only

https://storage.gtwy.dcn:8443/v1/file/njd.8104417942.54839559.338521.json

Case 2:26-mj-11196-AME Document 1 *SEALED* Filed 11/09/26 Page 1 of 1 PageID: 40

**Sealed documents are no longer available in CM/ECF or via PACER.**

**Please contact the court directly to request access to the document.**

**Reference for court use only**

https://storage.gtwy.dcn:8443/v1/file/njd.8104517942.32573224.162672.json

**Sealed documents are no longer available in CM/ECF or via PACER.**

**Please contact the court directly to request access to the document.**

**Reference for court use only**

https://storage.gtwy.dcn:8443/v1/file/njd.8104617942.31237855.45334.json

**Sealed documents are no longer available in CM/ECF or via PACER.**

**Please contact the court directly to request access to the document.**

**Reference for court use only**

https://storage.gtwy.dcn:8443/v1/file/njd.8104617942.83950008.838488.json

MIME−Version:1.0
From:njdefiling@njd.uscourts.gov
To:njdefiling@localhost.localdomain
Bcc:
--Case Participants: HARRY PATTRIDGE MORGENTHAU (caseview.ecf@usdoj.gov, harry.morgenthau@usdoj.gov, usanj.ecfcriminaldocketing@usdoj.gov), BENJAMIN JON WEST (benjamin_west@fd.org), Magistrate Judge Andre M. Espinosa (njdnef_espinosa@njd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message−Id:21318405@njd.uscourts.gov
Subject:Activity in Case 2:26−mj−11196−AME USA v. COLOMBARI Arrest − Rule 5
Content−Type: text/html

**U.S. District Court**

**District of New Jersey [LIVE]**

## Notice of Electronic Filing

The following transaction was entered on 11/9/2026 at 10:31 PM EST and filed on 11/9/2026

| | |
|---|---|
| **Case Name:** | USA v. COLOMBARI |
| **Case Number:** | 2:26−mj−11196−AME |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 5) of ALEXANDRE ANTOINE RENE COLOMBARI. (jd, )**

**2:26−mj−11196−AME−1 Notice has been electronically mailed to:**

BENJAMIN JON WEST     benjamin_west@fd.org

HARRY PATTRIDGE MORGENTHAU     harry.morgenthau@usdoj.gov, CaseView.ECF@usdoj.gov, usanj.ecfcriminaldocketing@usdoj.gov

**2:26−mj−11196−AME−1 Notice has been sent by regular U.S. Mail:**

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

Alexandre Antoine Rene Colombari
*Defendant*

MAGISTRATE JUDGE: André M. Espinosa

CASE NO.: 26mj11196
DATE OF PROCEEDINGS: 11/9/2026

CHARGING DISTRICT: Eastern District of VA.
CHARGING DISTRICT CASE NO. 26-MJ-440

DATE OF ARREST: 11/9/2026

**PROCEEDINGS:** R5 Out - IA

- [x] COMPLAINT
- [x] ADVISED OF RIGHTS [x] CHARGES AND PENALTIES
- [ ] WAIVER OF COUNSEL
- [x] APPT. OF COUNSEL: [x] AFPD [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [x] BRADY ORDER
- [ ] COMMITMENT TO ANOTHER DISTRICT
- [ ] WAIVED IDENTITY HEARING
- [x] FINANCIAL AFFIDAVIT EXECUTED [ ] FINANCIAL COLLOQUY
- [ ] ______
- [ ] ______
- [ ] ______
- [ ] ______

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [x] BAIL SET: on his own recognizance
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [x] TRAVEL RESTRICTED Eastern District of VA
- [x] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [x] SURRENDER AND/OR OBTAIN NO PASSPORT
- [x] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG. DATE: ______
- [ ] DETENTION/BAIL HRG. DATE: ______
- [ ] TRIAL: [ ] COURT [ ] JURY DATE: ______
- [ ] SENTENCING DATE: ______
- [ ] OTHER: ______ DATE: ______

**APPEARANCES:**

AUSA: Harry Morgenthau

DEFT. COUNSEL: Benjamin West

PO/PTS: ______

INTERPRETER Eric Heuberger
Language: FRENCH

TIME COMMENCED: 2:44 p
TIME TERMINATED: 4:30 p

Joel De La Cruz
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Newark, NJ**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.:
2:26−mj−11196−AME
Magistrate Judge Andre M. Espinosa

ALEXANDRE ANTOINE RENE COLOMBARI

Defendant.

**ORDER APPOINTING PUBLIC DEFENDER**

The financial inability of the defendant to retain counsel and having been established by the Court, and the defendant not having waived the appointment of counsel,

**IT IS** on this 9th day of November, 2026,

**ORDERED** that Benjamin West from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

s/ Magistrate Judge Andre M. Espinosa

United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Newark, NJ**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 2:26−mj−11196−AME
Magistrate Judge Andre M. Espinosa

ALEXANDRE ANTOINE RENE COLOMBARI

Defendant.

**ORDER**

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, and as set forth on the record during the initial appearance of the defendant on 11/9/2026, in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, the Court's order to produce information, the granting of a continuance, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

| | |
|---|---|
| November 9, 2026 | s/ Magistrate Judge Andre M. Espinosa |
| DATED | United States Magistrate Judge |

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT

for the

DISTRICT OF NEW JERSEY

United States of America
v.
Alexandre Antoine Rene Colombari
*Defendant*

Case No. 26mj11196

## APPEARANCE BOND

### Defendant's Agreement

I, Alexandre Antoine Rene Colombari *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( ✓ ) to appear for court proceedings;
( ✓ ) if convicted, to surrender to serve a sentence that the court may impose; or
( ✓ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ✓ ) (1) This is a personal recognizance bond.

( ) (2) This is an unsecured bond of $ __________ .

( ) (3) This is a secured bond of $ __________ , secured by:

( ) (a) $ __________ , in cash deposited with the court.

( ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

( ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

**Declarations**

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 11/9/26 [signature]
*Defendant's signature*

*Surety/property owner – printed name* | *Surety/property owner – signature and date*

*Surety/property owner – printed name* | *Surety/property owner – signature and date*

*Surety/property owner – printed name* | *Surety/property owner – signature and date*

*CLERK OF COURT*

Date: 11/9/26 [signature]
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 11/9/26 [signature]
*Judge's signature*

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

United States of America
v.
Alexandre Antoine Rene Colombari
*Defendant*

Case No. 26mj11196

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED on this 9th day of November, 2026, that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

### Release on Bond

(5) Bail be fixed at $____________ and the defendant shall be released upon:

☐ Executing an unsecured appearance bond ☐ with co-signor(s) ____________________;

☐ Executing a secured appearance bond ☐ with co-signor(s) ____________________, and/or ☐ execute an agreement to forfeit designated property located at ____________________ ____________________. Local Criminal Rule 46.1(d)(3) waived/not waived by the Court.

☐ Executing an appearance bond with approved sureties.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(☐) (6) The defendant is placed in the custody of: ______________________________

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: ______________________ *Custodian* ______________ *Date*

(☑) (7) The defendant must report to Pretrial Services ("PTS") as directed.

- (☐) (a) maintain or actively seek employment and/or commence an education program.
- (☐) (b) surrender all passports and travel documents to PTS. Do not apply for new travel documents.
- (☐) (c) not obtain a passport or other international travel document.
- (☐) (d) maintain current residence or residences approved by PTS.
- (☑) (e) the defendant's travel is restricted to ☐ New Jersey ☑ Other E. Dist. of VA. unless approved by Pretrial Services (PTS).
- (☐) (f) have no contact with the following individuals: ______________________________
- (☐) (g) no contact with minors unless in the continual presence of a parent or guardian who is aware of the present offense.
- (☐) (h) mental health testing and treatment as deemed appropriate by Pretrial Services.
- (☐) (i) refrain from possessing a firearm, destructive device, or other dangerous weapons. All firearms in any home in which the defendant resides shall be lawfully removed in accordance with local, state, and federal regulations by ______________ and verification provided to PTS. Surrender all firearms and purchaser's identification cards and permits to PTS.
- (☐) (j) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
- (☐) (k) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- (☐) (l) submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances. Participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer.
- (☐) (m) participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

i. Following the location restriction component **(check one)**:

- (☐) (1) **Curfew.** You are restricted to your residence every day ( ) from to , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
- (☐) (2) **Home Detention.** You are restricted to your residence at all times except for education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; Additionally, employment ☐ is permitted or ☐ is not permitted or
- (☐) (3) **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court; or
- (☐) (4) **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

(ii) (☐) submit to the location monitoring technology as directed by PTS.

(iii) (☐) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (n) Defendant is subject to the following computer/internet restrictions which may include manual inspection and/or the installation of computer monitoring software. Computers, as defined in 18 U.S.C. § 1030(e)(1), and connected devices include desktop and laptop computers, smartphones, smart watches, tablets, smart TVs, smart appliances/Internet of Things (IoT) devices, hub and personal assistant devices, and all network accessing devices, including internet-connected gaming systems.
The defendant is responsible for all computer monitoring costs for approved devices, based upon ability to pay as determined by the Pretrial Services.

( ☐ ) (1) **No Computers** - defendant is prohibited from possession and/or use of computers or connected devices. The defendant may be approved by Pretrial Services to possess and use one non-internet or "dumb" phone. This approved phone cannot have the ability to connect to the internet, take pictures, send or receive text messages with multimedia content. Call logs and text messaging on this phone may be subject to review by Pretrial Services.

( ☐ ) (2) **Computer** - No Internet Access: defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc).

( ☐ ) (3) **Computer With Internet Access:** defendant is permitted use of computers or connected devices, and is permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc.) for legitimate and necessary purposes pre-approved by Pretrial Services at ☐ home ☐ for employment purposes. The defendant hereby consents to Pretrial Services' use of electronic detection devices to evaluate the defendant's access to wi-fi connections.

( ☐ ) (4) **Consent of Other Residents** - by consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third party custodian approved by Pretrial Services, and subject to inspection for compliance by Pretrial Services. Any home computer network utilized by the defendant is subject to inspection for compliance by Pretrial Services.

( ☐ ) (o) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (p) - Required to surrender all French travel documents and not apply for new passport

-Required to travel directly to Alexandria , VA. to the Eastern District of VA.

- Required to appear to the Eastern District of VA.'s Pretrial services by 9:30 AM on November 10, 2026

-Required to appear to the Eastern District of VA everyday at 9:30 AM, until the Court is able to accommodate a hearing.

ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

**Acknowledgment of the Defendant**

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

______________________________
Defendant's Signature

______________________________
City and State

**Directions to the United States Marshal**

☑ The defendant is ORDERED released after processing.

☐ The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 11/9/2026

______________________________
*Judicial Officer's Signature*

André M. Espinosa, USMJ
*Printed Name and Title*

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT

for the

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| United States of America<br>v.<br>Alexandre Antoine Rene Colombari<br>*Defendant* | ) ) ) ) ) ) | Case No. 26mj11196<br><br>Charging District's Case No. 26-MJ-440 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Eastern District of VA.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☑ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 11/9/2026

[signature]
*Defendant's signature*

s/Benjamin West
*Signature of defendant's attorney*

Benjamin West
*Printed name of defendant's attorney*